ELLEN F. HOLLY et al., appellants,

*v.*

DAVID M. KELLOGG, JR., et al., respondents.

[Argued November 22d, 1915.  Decided March 6th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported *ante p. 301.*

*Mr. Samuel Koestler,* for the appellants.

*Messrs. Guild & Martin,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, TERHUNE, WILLIAMS, TAYLOR—12.

*For reversal*—None.